UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Romeo Geraci, | Case No. 21-cv-0541 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Ned Wohlman et al., | |
| Defendants. | |

This matter is before the Court on the May 5, 2021 Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz. (Dkt. 13.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

### ORDER

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 5, 2021 R&R, (Dkt. 13), is **ADOPTED**.

2. Plaintiff Michael Romeo Geraci's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED**.

3. Plaintiff Michael Romeo Geraci's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 21, 2021  s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge